1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RODNEY MARK ROOT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire Corporation,<br><br>　　　　Defendant. | Case No.: 1:12-cv-00727- JLT<br><br>ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

On October 24, 2012, the parties filed a stipulation for a continuation of the hearing on Defendant's motion for partial summary judgment. (Doc. 17). Therefore, the hearing is continued to **November 27, 2012 at 9:30 a.m.**

In accordance with the terms of the parties' stipulation, the Joint Statement of Undisputed Facts SHALL be filed by **October 30, 2012**, and Plaintiff's opposition SHALL be filed on or before **November 13, 2012**.

IT IS SO ORDERED.

Dated:   **October 26, 2012**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28