**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RODNEY MARK ROOT, | ) | Case No.: 1:12-cv-00727- JLT |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING THE HEARING ON |
| | ) | DEFENDANT'S MOTION FOR PARTIAL |
| v. | ) | SUMMARY JUDGMENT |
| | ) | |
| GOLDEN EAGLE INSURANCE | ) | |
| CORPORATION, a New Hampshire | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

On October 24, 2012, the parties filed a stipulation for a continuation of the hearing on Defendant's motion for partial summary judgment.  (Doc. 17).  Therefore, the hearing is continued to **November 27, 2012 at 9:30 a.m.**

In accordance with the terms of the parties' stipulation, the Joint Statement of Undisputed Facts SHALL be filed by **October 30, 2012**, and Plaintiff's opposition SHALL be filed on or before **November 13, 2012**.

IT IS SO ORDERED.

Dated:   __October 26, 2012__          _____/s/ **Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE