UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY MARK ROOT,<br><br>  Plaintiff,<br><br>  v.<br><br>GOLDEN EAGLE INSURANCE CORP.,<br><br>  Defendant. | Case No.: 1:12-cv-00727 - JLT<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO THE PARTIES' STIPULATION TO DISMISS WITH PREJUDICE<br><br>(Doc. 32) |

On February 26, 2013, Plaintiff Rodney Mark Root filed a stipulation for dismissal of the action with prejudice. (Doc. 32). Under the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the parties may dismiss an action by filing a written stipulation to dismiss signed by all of the parties who have appeared. *Id.; see also Carter v. Beverly Hills Sav. & Loan Asso.*, 884 F.2d 1186, 1191 (9th Cir. 1989).

Here, the stipulation was signed by Plaintiff and defendant Golden Eagle Insurance Corporation. (Doc. 32). The parties stipulated that "Plaintiff's entire complaint against Golden Eagle Insurance Corporation, a New Hampshire corporation, including all causes of action alleged therein, is hereby dismissed with prejudice." *Id.* at 1.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The stipulation **GRANTED**;
2. **The matter is DISMISSED WITH PREJUDICE;**
3. The Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:   **February 28, 2013**                              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE